01/27/2012 FRI 14:54   FAX 6015456097 FORREST / PERRY DA                      ☒001/002



# PATRICIA W. BURCHELL

## District Attorney
## Twelfth Circuit Court District

P.O. BOX 166
HATTIESBURG, MS 39403-0166
TELEPHONE (601) 545-1551
FAX (601) 545-6097
WWW.12THCIRCUITDA.COM

January 27, 2012

James K. Dukes, Sr., Esq.
Via Facsimile to 601-544-4425

Re:   Eric Parker

Dear Mr. Dukes:

It is my understanding that your client, Eric Parker, is interested in meeting with investigating agents for purposes of making a proffer of information and cooperation. The District Attorney's office is interested in pursuing this matter and will consider a proffer of information in formulating an appropriate resolution of this case as it relates to your client. The proffer discussion must be had before the State can assess the value of your client's proffered cooperation and make an offer in accordance with the value of the cooperation proffered. Therefore, the following ground rules must apply:

1.   Your client agrees to make a complete truthful statement of his knowledge of the subject of the investigation. Your client will take and pass a polygraph examination based on his statement.

2.   If your client knowingly makes a false statement or if the statement is not substantially accurate and complete, the representations made in this letter are null and void.

3.   No statement made or other information provided by you or your client during this proffer discussion will be offered in the State's case-in-chief in any criminal prosecution of your client.

4.   The State may make derivative use of and may pursue any investigative leads suggested by any information provided by you or your client against other defendants.

5.   You client understands that he will be expected to testify truthfully and consistently with any proffer given. If your client is a witness at a trial in this case, or in a related matter, the State may use your client's statements and all evidence obtained directly or indirectly therefrom

FORREST AND PERRY COUNTIES

Jen-00400451

01/27/2012 FRI 14:54  FAX 6015456097 FORREST / PERRY DA                              ☑002/002

January 27, 2012
Page 2

for the purpose of cross-examination, rebuttal, or impeachment. This provision is necessary to ensure that your client does not abuse the opportunity to make a proffer of information, does not make false statements to a government agency, and does not commit perjury.

As we discussed earlier, if your client is fully cooperative and truthful, he would be offered a plea recommendation somewhere between an upper range of manslaughter to a lower range of accessory after the fact. The recommendation would be made by the State after consultation with the officers conducting this investigation as to your client's level of cooperation and truthfulness. Of course, your client understands that the ultimate sentence imposed upon him will lie within the discretion of the Court.

If your client is willing to abide by these conditions, I ask that you and your client sign below. Your client must be prepared to provide specific information, including names, locations, and time periods or dates, during the proffer discussions.

Sincerely yours,

Patricia Burchell

ERIC PARKER, Client

JAMES K. DUKES, SR., Esq.
Attorney for Client

Dated: 1-27-12

Jen-00400452